## No. 25-1645

# United States Court of Appeals
### *for the*
## Fourth Circuit

GENERAL CIGAR COMPANY, INC.,

*Plaintiff-Appellant,*

– v. –

EMPRESA CUBANA DEL TABACO, d/b/a Cubatabaco,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA AT ALEXANDRIA

# APPELLANT GENERAL CIGAR COMPANY INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL AS ATTACHMENT TO OPENING BRIEF

J. Kevin Fee
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4441

Andrew L. Deutsch
LAW OFFICES OF ANDREW L. DEUTSCH
6540 Olympic Place
Los Angeles, CA 90035
(917) 861-3315

Stanley J. Panikowski
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
(858) 677-1400

*Counsel for Appellant
General Cigar Company, Inc.*

CP COUNSEL PRESS   (800) 4-APPEAL • [715149]

For the Court's convenience and ease of reference, Plaintiff-Appellant General Cigar Company, Inc. ("General Cigar") respectfully moves for leave to file the accompanying supplemental material as an attachment to its opening brief pursuant to Local Rule 28(b).

This appeal concerns a trademark dispute that has been the subject of a number of judicial and administrative decisions since it began in 1997. Some of these decisions are already included in the Joint Appendix as exhibits that were filed in the district court record or in the administrative record of the Trademark Trial and Appeal Board proceedings, which was made part of the district court record. The supplemental material includes various other prior decisions relating to the dispute that one or both parties may refer to in their appeal briefs. The supplemental material also includes, at the request of Defendant-Appellee Empresa Cubana del Tabaco ("Cubatabaco"), excerpts of a brief that was filed by General Cigar in one of the prior appeals relating to the dispute.

Counsel for Cubatabaco has informed counsel for General Cigar that Cubatabaco does not oppose this motion.

General Cigar therefore asks this Court to grant leave to file the supplemental material.

Dated:  October 2, 2025

Respectfully submitted,

*/s/ Stanley J. Panikowski*
Stanley J. Panikowski
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2643
stanley.panikowski@us.dlapiper.com

J. Kevin Fee
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4441
kevin.fee@us.dlapiper.com

Andrew L. Deutsch
LAW OFFICES OF ANDREW L.
DEUTSCH
6540 Olympic Place
Los Angeles, CA 90035
Tel: 917.861.3315
adeutsch221@gmail.com

*Attorneys for Appellant*
*General Cigar Company, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(2) and 32(g), I certify that this motion was prepared in Microsoft Word using Times New Roman 14-point type, contains 193 words, and complies with the applicable type-volume limitation.

Dated:  October 2, 2025

Respectfully submitted,

*/s/ Stanley J. Panikowski*
Stanley J. Panikowski
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1400
stanley.panikowski@us.dlapiper.com

*Attorneys for Appellant*
*General Cigar Company, Inc.*